JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSA FINANCIAL, INC. dba FIRSTFUNDING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. STRAUSS, <br><br> Defendant. | Case No. 8:23-cv-02127-MEMF (ADSx) <br><br> **FINAL JUDGMENT** <br><br> Complaint Filed: November 13, 2023 <br> Trial Date: Vacated |

Pursuant to Federal Rule of Civil Procedure 58(b), the Court hereby instructs the Clerk to enter FINAL JUDGMENT as follows:

Judgment on Plaintiff SUSA Financial Inc. d/b/a FirstFunding, Inc.'s ("FirstFunding") breach of contract claims (Counts I and II of the Amended Complaint) is entered in favor of FirstFunding, and against Defendant Michael J. Strauss as follows:

Defendant Michael J. Strauss to pay FirstFunding $10,769,248.80 in compensatory damages (Dkt. 49) and $411,819.31 in fees and costs (Dkt. 58, 61) for a total sum of $11,181,068.10.

Judgment on FirstFunding's fraudulent inducement claim (Count III of the Amended Complaint) is entered in favor of Defendant Michael J. Strauss, and against FirstFunding, which shall take nothing from its Amended Complaint as to Count III.

**IT IS SO ORDERED**.

Dated: September 2, 2025

_____
Honorable Maame Ewusi-Mensah Frimpong
United States District Court Judge